FILED
2007 Mar-05  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

FILED
2007 MAR -2  PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

Jessie John Edward Brock
#245604

CV-07-RRA-0407-M

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Calhoun County Sheriff Larry Amerson
Calhoun Co. Sheriff's Dept. and
Calhoun County Jail

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _St.Clair Corr. Facility_____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

         _____

   D. If your answer is NO, explain why not? _____

      _____

      _____

      _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Jessie John Edward Brock #245604_
      _29 parr's Tp Piedmont, AL 36272_

      Address _1729 1000 St.Clair Rd, Springville, AL 35146-5582_
              _F-5.B_

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _Sheriff Larry Amerson_

   is employed as _Calhoun County Sheriff_

   at _Calhoun County Jail_

C. Additional Defendants _All jailers Employed between October 2005 and May 2006 (Names are Unknown)_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Denied medical attention. Plantiff Brock turned in a medical request to nurse Pierce and she threw it on the floor, danced on it, and kicked it down the hall. Eddie and Chris Watts witnessed it. I've now been diagnosed with liver and heart failure and I'm dying.

While in the county jail my legs swelled until a hole came in it, which has taken almost a year to heal. Medical attention may have prevented it.

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I would like for the court to award me five million dollars ($5,000,000) in compensatory damages for my pain and suffering, and the officers involved terminated*

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _John Edward Brock 2-29-07_
     (date)

_____
Signature(s)
                                                                              "